**VAN SYOC CHARTERED**
**TARA PROFESSIONAL PARK**
**401 SOUTH KINGS HIGHWAY, BUILDING 1**
**CHERRY HILL, NEW JERSEY 08034**
**TELEPHONE: (856) 429-6444**
**FAX: (856) 429-6499**

Clifford L. Van Syoc, Esquire

Heidi R. Kopelson, Esquire

March 27, 2013

**VIA FAX: (856) 757-5296**

Honorable Ann Marie Donio
Mitchell H. Cohen U.S. Courthouse
Room 2010
1 John F. Gerry Plaza
Camden, NJ 08101

   Re: <u>Madelyn Rodier vs. Chico's FAS, Inc., et al.</u>
     Civil Action No. 11-4769-RBK

Dear Judge Donio:

  This office represents the plaintiff, Madelyn Rodier in the above captioned matter. There is a pending motion for summary judgment filed by defendants on or about March 22, 2013. The return date for the subject motion is April 12, 2013. Pursuant to Local Rule 7.1(d)(5), the plaintiff is requesting an automatic extension of the motion such that it will now be returnable on April 26, 2013. By copy of this letter, I am advising my adversary, Michael Tiliakos, Esquire, of same.

  Your Honor's kind attention and response is appreciated.

       Respectfully submitted,

       VAN SYOC CHARTERED

       BY: _____
          HEIDI R. KOPELSON

HRK/mc

cc: Michael Tiliakos, Esquire (Via Fax: (212) 208-2575)