**VAN SYOC CHARTERED**
**TARA PROFESSIONAL PARK**
**401 SOUTH KINGS HIGHWAY, BUILDING 1**
**CHERRY HILL, NEW JERSEY 08034**
TELEPHONE: (856) 429-6444
FAX: (856) 429-6499

Clifford L. Van Syoc, Esquire
------
Heidi R. Kopelson, Esquire

April 23, 2013

**VIA FAX: (856) 757-5296 AND REGULAR MAIL**

Honorable Ann Marie Donio
Mitchell H. Cohen U.S. Courthouse
Room 2010
1 John F. Gerry Plaza
Camden, NJ 08101

    Re: <u>Madelyn Rodier vs. Chico's FAS, Inc., et al.</u>
      Civil Action No. 11-4769-RBK-■■■

Dear Judge Donio:

  This office represents the plaintiff, Madelyn Rodier in the above captioned matter. There is a pending motion for summary judgment filed by defendants on or about March 22, 2013. We have obtained the consent of our adversary, Michael Tiliakos, Esquire, to adjourn the motion until May 20, 2013, and have agreed that plaintiff's opposition shall be filed no later than April 29, 2013, with the defendants' reply due on May 13, 2013. We respectfully request that Your Honor carry the motion until May 20, 2013. If Your Honor would like a conference call to discuss this matter, my office will gladly set up same.

  Your Honor's kind attention and response is appreciated.

        Respectfully submitted,

        VAN SYOC CHARTERED

        BY: _/s/ Heidi R. Kopelson_
           HEIDI R. KOPELSON

HRK/mc

cc: Michael Tiliakos, Esquire (Via Fax: (212) 208-2575)

*So ordered this 23d day of April 2013*

*[signature]*
*USDJ*