UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MADELYN RODIER,<br><br>  Plaintiff,<br><br>v.<br><br>CHICO'S FAS, INC., HEIDI MARGGRAF, LISA SCHAFFER, AND JOHN DOES 1 THROUGH 15, inclusive, fictitious named defendants, jointly, severally, and in the alternative,<br><br>  Defendants. | Case No. 1:11-cv-04769 (RBK) (AMD)<br><br>(Document Electronically Filed)<br><br>Return Date: May 20, 2013<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS CHICO'S FAS, INC., HEIDI MARGGRAF, AND LISA SHAFFER'S LOCAL CIVIL RULE 56.1 STATEMENT OF ADDITIONAL UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**

Dated: New York, New York
       May 13, 2013

   Anthony J. Rao (Admitted Pro Hac Vice)
   Michael Tiliakos

           DUANE MORRIS LLP
           1540 Broadway
           New York, New York 10036
           (212) 692-1000

   Attorneys for Defendants CHICO'S FAS, INC., HEIDI MARGGRAF, AND LISA SHAFFER

Pursuant to Local Civil Rule 56.1(a), Defendants Chico's FAS, Inc. ("Chico's"), Heidi Marggraf ("Marggraf"), and Lisa Shaffer ("Shaffer")[1], by their attorneys Duane Morris LLP, submit this statement of additional material facts as to which there is no genuine issue to be tried, in support of their motion, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, for summary judgment dismissing the complaint of Madelyn Rodier ("Plaintiff") in its entirety. [2]

76. On or about July 10, 2009, Shaffer told Plaintiff she would see if Plaintiff wanted to be an assistant manager if Plaintiff was unable to meet her performance improvement plan within the 90 day period. (Pl. Dep. 173:2-14, 181:5-25).

Date: New York, New York
May 13, 2013

                                  DUANE MORRIS LLP
                                  1540 Broadway
                                  New York, New York 10036
                                  (212) 692-1000
                                  By: s/ _____
                                    Anthony J. Rao (Admitted Pro Hac Vice)
                                    Michael Tiliakos
                                  1540 Broadway
                                  New York, New York 10036
                                  Attorneys for Defendants

---

[1] Plaintiff misspelled Lisa Shaffer's name in the Complaint.

[2] The undisputed facts set forth herein are followed by citations to their support in the record. Unless otherwise noted, copies of all deposition testimony and deposition exhibits are annexed to the Declaration of Michael Tiliakos, Esq. ("Tiliakos Decl.") dated March 22, 2013.